**UNITED STATES of America,
Petitioner—Appellee,**

v.

**Jeffrey ANDERSON, Respondent—
Appellant.**

No. 10–6290.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 12, 2011.

Decided: Jan. 27, 2011.

Thomas P. McNamara, Federal Public Defender, Jane E. Pearce, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, David T. Huband, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before GREGORY and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Anderson appeals the district court's order finding that he continues to satisfy the criteria for commitment set forth at 18 U.S.C. § 4246(a) (2006) and continuing his commitment to the custody of the Attorney General. After reviewing the record, we conclude that the district

court did not clearly err in its determination that Anderson continues to suffer "from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another." *See* 18 U.S.C. § 4246(a); *United States v. Cox,* 964 F.2d 1431, 1433 (4th Cir.1992) (stating standard of review). We accordingly affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid the decisional process.

*AFFIRMED.*